THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| AMY HO, | Case No.: 3:14-cv-01998-MO |
| Plaintiff, | ORDER FOR RELEASE OF RECORDS FROM WESTERN PSYCHOLOGICAL AND COUNSELING SERVICES |
| v. | |
| MEGAN J. BRENNAN, Postmaster General, U.S. Postal Service, | |
| Defendant. | |

Plaintiff has sued her prior employer, the United States Postal Service, for discrimination and retaliation. In her lawsuit, Plaintiff seeks to recover damages for emotional distress. In order to defend against Plaintiff's allegations, Defendant is entitled to review her medical and mental health care records which may contain relevant information pertaining to Plaintiff's condition.

1

For these reasons, IT IS HEREBY ORDERED that Western Psychological and Counseling Services release all records relating to Plaintiff, Amy Ho, to the U.S. Attorney's Office. The records must be released by no later than March 4, 2019. The United States Attorney's Office shall work with Western Psychological and Counseling Services to effectuate the copying of the records by that date. The specific records ordered to be produced include the following:

1. A copy of the complete medical and mental health records relating to the Plaintiff, AMY HO, including any progress notes, chart notes, psychiatric records, psychological records, counselor records, pharmacy records, written reports, operative reports, emergency room records, inpatient and outpatient charts, hospital charts and records, intake forms, interview notes, draft versions of any reports, handwritten or typed notes, opinion letters, correspondence, laboratory tests, diagnostic studies, from March 2007 to the present.

2. A complete copy of all billings, invoices or itemized statements of charges relating to any treatment of Plaintiff, AMY HO, from March 2007 to the present.

Dated this 26 day of February, 2019.

HON. MICHAEL W. MOSMAN
United States District Judge